IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01062-BNB

TYRONE WALKER,

    Plaintiff,

v.

JOHN W. HICKENLOOPER, In his Individual Capacity,
BILL RITTER Jr., In his Individual Capacity,
TOM CLEMENTS, In his Individual and Official Capacity,
ARISTEDES W. ZAVARAS, In his Individual and Official Capacity,
TONY CORACHI, In his Individual and Official Capacity,
RICK RAEMISCH, In his Individual and Official Capacity,
KEVIN MILYARD, In his Individual and Official Capacity,
JAMES FALK, In his Individual and Official Capacity,
JOHN CHAPDELAINE #10277, In his Individual and Official Capacity,
JAMIE SOUCIE #12620, In her Individual and Official Capacity,
MARSHALL GRIFFITH #14298, In his Individual and Official Capacity,
JULIE FULLER #10068, In her Individual and Official Capacity,
ASTRIA LOMBARD #14539, In her Individual and Official Capacity, and
JANE DOE (NAME UNKNOWN), In her Individual and Official Capacity,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge.

DATED June 3, 2014, at Denver, Colorado.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge