**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01062-NYW

TYRONE WALKER,

      Plaintiff,

v.

KEVIN MILYARD, in his Individual and Official Capacity,
JOHN CHAPDELAIN, in his Individual and Official Capacity, and
JANE DOE, in her Individual and Official Capacity,

      Defendants.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

This matter is before the court on the Parties' Joint Motion to Modify Scheduling Order (the "Motion"). [#94, filed April 29, 2016].

On April 10, 2016, the Clerk of the Court issued a Notice of Appointment, pursuant to this court's order dated March 14, 2016, notifying that attorneys from the law firm of Lewis Roca Rothgerber Christie LLP had been selected as counsel in this matter. On April 19, 2016, the selected counsel entered their appearance. *See* [#91, #92, #93]. The Parties, through their counsel, now move to extend the pre-trial deadlines by approximately two months. For good cause shown,

IT IS ORDERED that the Motion [#94] is **GRANTED**:

1. The deadline by which to identify Jane Doe is **June 17, 2016**;

2. The deadline by which to designate principal experts is extended from May 11, 2016 to **July 11, 2016**;

3. The deadline by which to designate rebuttal experts is extended from June 10, 2016 to **August 10, 2016**;

4. The deadline by which to serve discovery requests is extended from May 26, 2016 to **July 26, 2016**;

5. The deadline by which to complete discovery is extended from July 11, 2016 to **September 9, 2016**;

6. The deadline by which to file dispositive motions is extended from August 10, 2016 to **October 10, 2016**; and

7. The Final Pretrial Conference set for September 13, 2016 is VACATED to be RESET by further court order.

DATED: May 3, 2016